1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT
8
                      CENTRAL DISTRICT OF CALIFORNIA
9
10

| | |
|---|---|
| SEIKO TAKAGI and PAUL BRADLEY, Individually, and as Representatives of Other Members of the Public Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIRLINES, INC. and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.  2:11-cv-09191 JCG<br><br>**CLASS ACTION**<br><br>**[PROPOSED] JUDGMENT**<br><br><br>Hearing Date: July 23, 2013<br>Hearing Time: 2:00 p.m.<br>Courtroom: A-8th Floor<br>Judge:    Hon. Jay C. Gandhi |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  On July 23, 2013, a hearing was held on the unopposed Motion of Plaintiffs Seiko Takagi and Paul Bradley ("Plaintiffs") for final approval of the Joint Stipulation of Class Action Settlement and Release ("Settlement") entered into between Plaintiffs and Defendant United Airlines, Inc. (collectively the "Parties"). Final Approval of the Settlement having been granted, the Court finds, concludes, and hereby orders as follows:

The Court hereby dismisses this action with prejudice and enters Judgment, provided, however, that without affecting the finality of the Settlement or the Judgment entered herein, this Court shall retain exclusive and continuing jurisdiction over the action and the Parties, including all Settlement Class Members, for purposes of enforcing and interpreting the Final Approval Order, the Settlement, and any such other post-Judgment matters as may be appropriate under the Federal Rules of Civil Procedure, local rules, or any applicable law.

IT IS SO ORDERED.

Dated: July 23, 2013

Honorable Jay C. Gandhi
United States Magistrate Judge

CASE NO. 2:11-CV-09191 JCG                                                     [PROPOSED] JUDGMENT

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party of this action. My business address is 600 B Street, Suite 1900, San Diego, California 92101.

I hereby certify that on June 21, 2013, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 21, 2013, at San Diego, California.

                                        s/Brian J. Robbins
                                      BRIAN J. ROBBINS